IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael D. James, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 9:11-2597-TLW-BM |
| ) | |
| Michael McCall, Warden of Perry C.I., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

On September 28, 2011, the Plaintiff, Michael D. James ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil action pursuant to 42 U.S.C. § 1983. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Bristow Marchant to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice and without issuance and service of process pursuant to 28 U.S.C. § 1915(e)(2)(B). (Doc. # 9). Objections were due on November 7, 2011. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**.  (Doc. # 9).  The complaint is therefore **DISMISSED** without prejudice and without issuance and service of process.

    **IT IS SO ORDERED**.


December 2, 2011                                                     \_\_s/Terry L. Wooten_____
Florence, South Carolina                                United States District Judge